# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2649

_____

Elizabeth A. Strain,                  *

                                 *

          Appellant,       *

                                 *    Appeal from the United States

     v.                         *    District Court for the District

                                 *    of Nebraska.

Kenneth S. Apfel, Commissioner of   *

Social Security,              *       [UNPUBLISHED]

                                 *

          Appellee.        *

_____

Submitted: March 22, 2000
Filed: March 27, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Elizabeth A. Strain appeals the district court's denial of Strain's motion for attorney's fees under 5 U.S.C. § 504 in this Social Security case. Having reviewed the record and the parties' briefs, we conclude Strain cannot recover attorney's fees under section 504 and affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.